UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA BLISS,

       Plaintiff,

     v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

CIVIL ACTION NO. 05-60181

HON. JOHN CORBETT O'MEARA

## ORDER ADOPTING MAGISTRATE MORGAN'S
## REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C.

636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's

report and recommendation as well as any objections filed by the parties, and

after conducting a *de novo* review, the court accepts the magistrate judge's report and

recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is

**ADOPTED.**


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated: March 29, 2006